Jamestown Association, Inc.
c/o Vesta Property Services, Inc.
751 Park of Commerce Dr, Suite 118
Boca Raton, FL, 33487
Monday, January 24, 2022



phone: 561-245-4444
fax: 561-245-4447
email:
web: vestapropertyservices.com

Omid J. Esmailzadegan
1638 Embassy Drive #402
350 S Miami Ave. #2403
Miami, FL 33130

# NOTICE OF LATE ASSESSMENT

Re: Jamestown Association, Inc.

Property Address:   1638 Embassy Drive #402 , West Palm Beach, FL 33401

Dear Omid J. Esmailzadegan,

After checking our records we regret to inform you that the following amounts are currently due on your account to Jamestown Association, Inc., and must be paid within thirty (30) days after the date of this letter.
This letter shall serve as the Association's notice to proceed with further collection action against your property no sooner than 30 days after the date of this letter, unless you pay in full the amounts set forth below:

| | | |
|---|---|---|
| Assessment | $1,120.00 | October 1, 2021 (1)$730.00, January 1, 2022 (1)$390.00 |
| Late Fees | $25.00 | January 15, 2022 (1)$25.00 |

**TOTAL OUTSTANDING $1,145.00**

You can pay online by credit card or eCheck via our secure connection: https://vestaresidentresourcecenter.com using Management Company Id. TRAK, Association code JTA and your account number 158342

If you prefer to use your personal bank's online bill pay, or send a paper check via regular mail, please make the payee the Association name and include your account number 158342 in the Memo field to assist with processing. The remittance address is as follows:
  Jamestown Association, Inc.
  PO Box 669303
  Miami, FL 33166

If you have any questions regarding the balance on your account please contact our office.

If full payment has since been made, thank you and please disregard this letter.
We would like to thank you in advance for your prompt attention to this matter.
Sincerely,

Carrie Ward cward@vestapropertyservices.com

Vesta Property Services, Inc. - Accounts Receivable Dept.
Agent for Jamestown Association, Inc.

*This is an attempt to collect a debt. Any information obtained will be used for that purpose